# Attachment 4

JPMORGAN CHASE & CO.

**JEANNE AUSTRIA**
Employee Relations

January 31, 2020

Benjamin D. Weisenberg, Esq.
The Ottinger Firm, P.C.
450 Lexington Ave. -- 4th Floor,
New York, NY 10017

*By electronic mail (benjamin@ottingerlaw.com) and first class mail*

**RE: Claim for Severance Benefits by Richard Sunwoo**

Dear Mr. Weisenberg:

By letter dated December 3, 2019, you filed a claim for severance benefits under the JPMorgan Chase U.S. Severance Pay Plan ("Plan"). In accordance with the Plan's claims procedures, I have investigated the facts surrounding this claim. For the reasons set forth below, the claim is denied.

The facts relating to Mr. Sunwoo's severance are set forth in Section II of the Order on Motion to Dismiss issued by the American Arbitration Association on April 30, 2019. The facts I will add are that Mr. Sunwoo was a salaried JPMorgan Chase employee who was eligible to receive commissions in addition to his base salary. His weekly base salary was $913.85. He was issued a notice of job elimination on August 3, 2018. Due to an error, Mr. Sunwoo was initially incorrectly informed of the amount of severance for which he was eligible under the terms of the Plan, but he was informed of the correct amount shortly thereafter. Mr. Sunwoo was informed that, based on his sixteen years of service and weekly base salary, he was eligible to receive $36,553.82 in gross severance benefits.

The section of the Plan entitled "Claiming Severance Pay" provides that if an employee disputes the amount of severance benefits, the employee must file a claim with Corporate Employee Relations within 60 days of the event giving rise to the claim, and that any claim filed after this deadline will be denied. Mr. Sunwoo knew as of 2018 that the gross amount of his severance would be $36,553.82. Mr. Sunwoo is now disputing the amount of his severance benefits. You filed the claim for benefits on his behalf on December 3, 2019, which is after the deadline set forth in the Plan. For this reason, the claim is denied.

The section of the Plan entitled "Amount of Severance Pay" provides that severance benefits are determined based on "Eligible Compensation" and "Years of Service." The "Important Terms" section of the Plan provides that Eligible Compensation for a salaried employee is weekly base salary, but excluding all commissions. Mr. Sunwoo's weekly base salary was $913.85, and had sixteen Years of Service. He was therefore eligible for 40 weeks of severance pay, which equalled a gross amount of $36,553.85.

Because Mr. Sunwoo's severance benefits were correctly determined in accordance with the terms of the Plan, the claim is denied.

10 SOUTH DEARBORN STREET, FLOOR 18 | CHICAGO, ILILNOIS 60603
PHONE: 312-732-6169 | MAIL CODE: IL-0515

Under the Plan, Mr. Sunwoo has 60 days within which to file an appeal of this claim denial by writing to:

JPMorgan Chase U.S. Severance Pay Plan Administrator
JPMorgan Chase & Co.
28 Liberty Street
22nd Floor, Mail Code NY1-A302
New York, NY 10005

He should specify the reasons he believes he is entitled to severance. He will receive a response within 60 days of the date the appeal is received. As part of the appeals process, he is entitled to receive, upon request and free of charge, copies of documents, records and other information relevant to his claim. If his appeal is denied, he will have the right to bring a legal action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

Please contact me if you have questions about the appeals process at 312.732.6169.

Sincerely,

Jeanne Austria

Jeanne Austria
Employee Relations