**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Richard Sunwoo,

                  Plaintiff,

  -against-                                      20 **CIVIL** 5410 (VSB)

                                                          **JUDGMENT**

JPMorgan Chase & Co., JPMorgan Chase
Bank, National Association, and JPMorgan
Chase Severance Pay Plan Administrator, and
Does 1-50,

                  Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2021, Defendants' motion to dismiss is granted.

**Dated:** New York, New York
          July 20, 2021

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                       **BY:**
                                                          Deputy Clerk